**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Timothy Moore,** | : |
| | : |
| | : **Civil Action No.: 3:13-cv-01898** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Asset Management Professionals, LLC;** | : |
| **and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Timothy Moore ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: March 13, 2014**

>  **Respectfully submitted,**
>
> **PLAINTIFF, Timothy Moore**
>
> <u>**/s/ Sergei Lemberg**</u>
>
> **Sergei Lemberg, Esq.**
> **LEMBERG LAW L.L.C.**
> **1100 Summer Street, 3rd Floor**
> **Stamford, CT 06905**
> **Telephone: (203) 653-2250**
> **Facsimile: (203) 653-3424**
> **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg